JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STUART JAY WINTER, | ) | Case No. CV 14-09146-AG (DTB) |
| Petitioner, | ) | |
| vs. | ) | **J U D G M E N T** |
| LOS ANGELES COUNTY SHERIFF, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: June 24, 2015

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE